Lamar E. BURGEST, III, Petitioner–Appellant,

v.

Willie SCOTT, Respondent–Appellee.

No. 02–6186.

United States Court of Appeals, Fourth Circuit.

Submitted June 11, 2002.

Decided June 21, 2002.

---

Lamar E. Burgest, III, Appellant Pro Se. David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lamar E. Burgest, III, appeals the district court's order denying relief without prejudice on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Burgest v. Scott,* No. CA–01–248–3 (E.D.Va. Dec. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*